UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**MOHAMED BIN MOHAMED MANA SALEH**       CASE NO. 3:24-CV-01019

**VERSUS**       JUDGE TERRY A. DOUGHTY

**ALEJANDRO N MAYORKAS ET AL**       MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 54], Plaintiff's written and filed objections thereto [Doc. No. 57], and after reviewing the record *de novo*, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Rule 12(b)(6) motion to dismiss [Doc. No. 44] is **GRANTED** for failing to state any claim upon which relief can be granted, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 7th day of November 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1